Argued March 17, 1975. *Francis R. Lord,* with him *Lord & Mulligan,* for appellants; *Raymond D. Rubens,* for appellees.

Judgment affirmed; petition for reargument refused June 3, 1975.

## Crowder, et al., Appellants, *v.* Wilbraham et al.

 Argued March 17, 1975. *Francis R. Lord,* with him *Lord & Mulligan,* for appellants; *Raymond D. Rubens,* for appellees.

Judgment affirmed; petition for reargument refused June 3, 1975.

## Dugum, Appellant, *v.* Penn Central Railroad.

opinion by HIRSH, J. Argued March 24, 1975. *Theodore J. Segal,* for appellant; *David E. Faust,* for appellee.

Order affirmed.

## Fara *v.* Maria, Appellant, et al.

 Argued March 18, 1975. *Carlon M. O'Malley, Jr.,* with him *Todd J. O'Malley,* for appellant; *John E. V. Pieski,* for appellee, Michael J. C. Fara; *John H. Appleton,* with him *Irwin Schneider,* for appellee, Interstate Safety Services, Inc.

Judgment affirmed.